# ADAM J. FISHBEIN, P.C.
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

October 24, 2012

**VIA ECF**
The Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:** **Katzoff v. Nationwide**
**12 CV 3811 (MKB) (CLP)**

Dear Magistrate Judge Pollak:

I represent the plaintiff in the above matter. Please be advised that the matter has been settled.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein

Cc: Sara L. Markert, Esq.