

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

YISROEL KATZOFF on behalf of himself and all similarly situated consumers,

                        Plaintiffs,

-against-

NATIONWIDE CREDIT, INC.

                        Defendant.

Case No.: 12-cv-03811-MKB-CLP

**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE**

---

WHEREAS the above entitled action has been compromised and settled, it is hereby:

STIPULATED AND AGREED by and between the attorneys for the respective parties herein that the above entitled action be hereby discontinued with prejudice, without costs to either party as against the other.

Dated: November 20, 2012

| | |
|---|---|
| **ADAM J. FISHBEIN, P.C.** | **HOUSER & ALLISON,**<br>**A Professional Corporation** |
| /s/<br>Adam J. Fishbein<br>483 Chestnut Street<br>Cedarhurst, New York 11516<br>Telephone (516) 791-4400<br>Telecopier (516) 791-4411<br>Email: fishbeinadamj@gmail.com<br>*Counsel for Plaintiffs* | /s/<br>Sara L. Markert, Esq.<br>60 E. 42nd Street, Suite 1148<br>New York, New York 10165<br>Telephone: (212) 490-3333<br>Facsimile: (212) 490-3332<br>Email: smarkert@houser-law.com<br>*Counsel for Defendant* |

So Ordered

/s/(MKB)

- USAJ 11/20/2012

1